IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR233 |
| | ) | |
| v. | ) | |
| | ) | |
| GILBERTO VERDUGO GUTIERREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's consent motion to continue sentencing date and to extend filing dates for objections and position papers (Filing No. 71). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Friday, January 9, 2009, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant shall have until December 22, 2008, to file his sentencing pleadings.

DATED this 14th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court